# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1095      **Short Title:** United States. v. State of Main

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Civil Liberties Union of Maine                                                                    as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [✔] intervenor(s)

*Anahita Sotoohi*                                    February 18, 2026
Signature                                             Date

Anahita Sotoohi
Name

American Civil Liberties Union of Maine           207 613 4350
Firm Name (if applicable)                         Telephone Number

PO Box 7860                                       n/a
Address                                           Fax Number

Portland, ME 04112                                asotoohi@aclumaine.org
City, State, Zip Code                             Email (required)

Court of Appeals Bar Number: 1204291

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).